UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | |
| PARTHASARATHY SUDARSHAN, | : | |
| MYTHILI GOPAL, | : | |
| AKN PRASAD, and | : | |
| SAMPATH SUNDAR, | : | |
| | : | |
| Defendants. | : | |

## GOVERNMENT'S MOTION TO SEAL

The United States of America, through its undersigned attorneys, moves for an order sealing the indictment, bench warrants, and court file in this matter. This prosecution results from a covert investigation into the activities of the defendants in the procurement of restricted U.S. origin commodities and technology for the government of India. The defendants operated through a business called Cirrus Electronics ("Cirrus"), with offices in Simpsonville, South Carolina, in Singapore, and in Bangalore, India. The defendants have been completely unaware of the investigation.

At present, defendant Parthasarathy Sudarshan is in Singapore on an extended business trip. FBI agents plan to arrest Sudarshan upon his return from the United States, which is currently scheduled for March 27, 2007. If this matter were to become public before Sudarshan's arrest, there is a significant risk that he would not return the United States and would become a fugitive. Sudarshan, although a lawful resident of the United States, is a citizen of Singapore. Although the United States has an extradition treaty with Singapore, obtaining a defendant's extradition from Singapore for trial on the charges in this indictment may be difficult.

Two of the other defendants are presently overseas. Defendant AKN Prasad operates Cirrus' Bangalore, India, office, and defendant Sampath Sundar runs the Singapore office. Defendant Gopal is in South Carolina. Upon Sudarshan's arrest, the government intends to seek the extradition of Prasad from India and the extradition of Sundar from Singapore. In addition, in approximately two weeks, the FBI plans to meet with its counterparts in Singapore in the hope of being able to coordinate a search of Cirrus' Singapore office after Sudarshan's arrest. Accordingly, the proposed sealing order includes language that would permit the government to share the indictment with law enforcement officials in Singapore and with officials in any other third country that can aid the government in gathering evidence and in obtaining the custody of any of the defendants who are overseas.

For the foregoing reasons, the Court should grant the government's motion to seal.

Respectfully submitted

JEFFREY A. TAYLOR
United States Attorney

JAY I. BRATT
Assistant United States Attorney
National Security Section
555 4th Street, NW, Room 11-437
Washington, D.C. 20530
(202) 353-3602
Illinois Bar No. 6187361
jay.bratt@usdoj.gov