WARRANT FOR ARREST

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 07-051-01 | MAGIS. NO: |
| v. Parthasarathy Sudarshan | SEALED / UNSEALED  NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| | FILED MAR 23 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT | |
| DOB:    PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

Handwritten note: "The original warrant in this case: the indictment upon motion of the United States is hereby unsealed" /s/ 3/23/07

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Conspiracy
International Emergency Economic Powers Act
Export Administration Regulations
Executive Order 13222
Arms Export Control Act
International Traffic in Arms Regulations
Illegal Agent of a Foreign Government
Aiding and Abetting and Causing an Act to Be Done

United States District Court
for the District of Columbia
A TRUE COPY
NANCY MAYER-WHITTINGTON, Clerk
By _____ Deputy Clerk

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:
18 U.S.C. § 371, 50 U.S.C. §1705, 15 C.F.R. Parts 730-774, Executive Order 13222, 22 U.S.C. § 2778, 22 C.F.R. Parts 120-130, 18 U.S.C § 951, 18 U.S.C. § 2.

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| HOLD WITHOUT BOND | | |
| ORDERED BY: MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE) U.S. MAGISTRATE JUDGE FACCIOLA | DATE ISSUED: 03/07/2007 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: 03/07/2007 |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED: | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED: 3/23/07 | SA Russell Nimmo | |
| HIDTA CASE: Yes ___ No X | | OCDETF CASE: Yes ___ No X |