IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | FILED |
| ) | APR 5 2007 |
| Plaintiff, ) | NANCY MAYER WHITTINGTON, CLERK |
| ) | U.S. DISTRICT COURT |
| v. ) | Criminal Action No. 07-051 (RMU) |
| ) | |
| PARTHASARATHY SUDARSHAN ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF BEATTIE B. ASHMORE**

Pursuant to D.D.C. L. Cr. R. 44.1(d), the undersigned counsel hereby moves for the admission *pro hac* vice of Beattie B. Ashmore, Esq. to represent the defendant Parthasarthy Sudarshan. In support of this motion, the undersigned counsel represents as follows:

1.  Mr. Ashmore is a member in good standing of the law firm Price, Paschal & Ashmore, P.A. with offices in Greenville, SC, telephone number (864) 467-1001, fax number (864) 242-6560. His email address is bashmore@sctriallawyers.com.

2.  As demonstrated in the Declaration of Beattie Ashmore, dated April 5, 2007 (attached hereto as Exhibit A), Mr. Ashmore is a member in good standing of the bar of the State of South Carolina.

3.  Mr. Ashmore has never been been denied admission or disciplined by any bar, this Court or any other court.

4.  Mr. Ashmore has not been admitted *pro hac vice* to this Court in the past two years.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting permission for Beattie B. Ashmore, Esq. to appear *pro hac vice* in the above-referenced action.

*Joseph W. Clark*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Admit *Pro Hac* Vice was served this 5 day of April, 2007 by first class U.S. mail, postage prepaid, upon:

Jay Bratt, AUSA
U.S. Department of Justice
U.S. Attorneys Office for the District of Columbia
Judiciary Square
555 Fourth Street, N.W.
Washington, D.C.  20530

_____
Joseph W. Clark (DCB # 468782)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>PARTHASARATHY SUDARSHAN  )<br>  )<br>Defendant.  )<br>_____) | FILED<br>APR 5 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>Crimimal Action No. 07-051 (RMU) |

## DECLARATION OF BEATTIE B. ASHMORE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Beattie B. Ashmore, hereby declare and affirm as follows:

1. I am a member in good standing of the law firm Price, Paschal & Ashmore, P.A. with offices in Greenville, SC, telephone number (864) 467-1001, fax number (864) 242-6560. His email address is bashmore@sctriallawyers.com.

2. I am a member in good standing of the bar of the State of South Carolina.

3. I have never been denied admission or disciplined by any bar, this Court or any other court.

4. I have not been admitted *pro hac vice* to this Court in the past two years.

I certify under penalty of perjury that the foregoing is true and correct. Executed on April 5, 2007.

_____
Beattie B. Ashmore

~~State~~ of District of Columbia
Subscribed and sworn before me this 5th day of April 2007, by Beattie B. Ashmore.

My commission:

**RUBY M. BULLOCK**
**NOTARY PUBLIC, DISTRICT OF COLUMBIA**
**MY COMMISSION EXPIRES JANUARY 1, 2008**

_____
Notary Public

- 2 -

ATTACHMENT A