IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **FILED** |
| ) | APR 5 2007 |
| Plaintiff, ) | NANCY MAYER WHITTINGTON, CLERK |
| ) | U.S. DISTRICT COURT |
| v. ) | Criminal Action No. 07-051 (RMU) |
| ) | |
| PARTHASARATHY SUDARSHAN ) | |
| ) | |
| Defendant. ) | |

### ORDER GRANTING MOTION TO ADMIT *PRO HAC VICE* BEATTIE B. ASHMORE

This matter came before the Court on the Motion for Admission *Pro Hac Vice* of Beattie B. Ashmore as Co-Counsel for Defendant in association with local counsel Joseph W. Clark, pursuant to D.D.C. L. Cr. R. 44.1(d).

IT IS HEREBY ORDERED that the aforesaid Motion is granted and the Clerk shall enter the appearance of Mr. Beattie B. Ashmore as co-counsel for the Defendant.

IT IS SO ORDERED.

Date 4/5/07

_____
United States Magistrate Judge

Upon entry, copies to:

Jay Bratt, AUSA
U.S. Department of Justice
U.S. Attorneys Office for the District of Columbia
Judiciary Square
555 Fourth Street, N.W.
Washington, D.C. 20530

Joseph W. Clark
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001

Beattie B. Ashmore
Price, Paschal & Ashmore
644 East Washington Street
Greenville, SC 29601