UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-051 (RMU) |
| | : | |
| v. | : | |
| | : | |
| PARTHASARATHY SUDARSHAN, and | : | |
| MYTHILI GOPAL, | : | |
| | : | |
| Defendants. | : | |

GOVERNMENT'S NOTICE OF FILING OF NOTICES OF INTENT
TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION

    The United States of America, through its undersigned attorneys, hereby gives notice that it is filing as part of the docket in this matter the attached Notices of Intent to Use Foreign Intelligence Surveillance Act Information, which the government served on each of the defendants in open Court at their initial appearances in the District of South Carolina on March 23, 2007.

                                               Respectfully submitted,

                                               JEFFREY A. TAYLOR
                                               UNITED STATES ATTORNEY
                                               D.C. Bar No. 498610

By:                /s/
        Jay I. Bratt
        Assistant United States Attorney
        Illinois Bar No. 6187361
        National Security Section
        Room 11-437
        555 Fourth Street, NW
        Washington, D.C. 20530
        (202) 353-3602
        Jay.Bratt@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-051 (RMU)** |
| | : | |
| v. | : | |
| | : | |
| **PARTHASARATHY SUDARSHAN,** | : | |
| | : | |
| Defendant. | : | |

NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE
SURVEILLANCE ACT INFORMATION

To: THIS HONORABLE COURT, THE DEFENDANT, AND HIS ATTORNEY OF RECORD.

The United States of America, through its undersigned attorneys, hereby provides notice to defendant Parathasarathy Sudarshan and the Court that, pursuant to Title 50, United States Code, Section 1806(c), the United States intends to enter into evidence, or otherwise use or disclose at pretrial hearings, trial, and at other proceedings in this case, information derived from electronic surveillance conducted pursuant to the Foreign Intelligence Surveillance Act of 1978

("FISA"),as amended.  50 U.S.C. §§ 1801-1811.

                                            Respectfully submitted

                                            JEFFREY A. TAYLOR
                                            United States Attorney

                                                         /s/
                                            JAY I. BRATT
                                            Assistant United States Attorney
                                            National Security Section
                                            555 4th Street, NW, Room 11-437
                                            Washington, D.C.  20530
                                            (202) 353-3602
                                            Illinois Bar No. 6187361
                                            jay.bratt@usdoj.gov

**Certificate of Service**

  I, Max Cauthen, certify that I served a copy the foregoing Notice of Intent to Use Foreign Intelligence Surveillance Act Information in open court by hand on defendant Parthasarathy Sudarshan and his counsel this 23rd day of March, 2007.

                   /s/
                Max Cauthen

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-051 (RMU)** |
| | : | |
| v. | : | |
| | : | |
| **MYTHILI GOPAL,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION

To: THIS HONORABLE COURT, THE DEFENDANT, AND HER ATTORNEY OF RECORD.

The United States of America, through its undersigned attorneys, hereby provides notice to defendant Mythili Gopal and the Court that, pursuant to Title 50, United States Code, Section 1806(c), the United States intends to enter into evidence, or otherwise use or disclose at pretrial hearings, trial, and at other proceedings in this case, information derived from electronic surveillance conducted pursuant to the Foreign Intelligence Surveillance Act of 1978

("FISA"),as amended.  50 U.S.C. §§ 1801-1811.

                        Respectfully submitted

                        JEFFREY A. TAYLOR
                        United States Attorney

                                    /s/
                        JAY I. BRATT
                        Assistant United States Attorney
                        National Security Section
                        555 4th Street, NW, Room 11-437
                        Washington, D.C.  20530
                        (202) 353-3602
                        Illinois Bar No. 6187361
                        jay.bratt@usdoj.gov

**Certificate of Service**

I, Max Cauthen, certify that I served a copy the foregoing Notice of Intent to Use Foreign Intelligence Surveillance Act Information in open court by hand on defendant Mythili Gopal and her counsel this 23rd day of March, 2007.

                                                        /s/
                                          Max Cauthen