UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 07-051 (RMU)
:
Parthasarthy Sudarshan, :
Et al, :
Defendant. :

**ORDER**

**FILED**
MAY 1 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 1st day of May 2007,

**ORDERED** that a status hearing in the above-captioned case shall take place on August 6, 2007 at 2:00 pm.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge

