### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-051(RMU)** |
| | : | |
| **v.** | : | |
| | : | |
| **PARTHASARATHY SUDARSHAN,** | : | |
| | : | |
| **Defendant.** | : | |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR TRANSFER.**

It is this _____ day of _____, 2007.

On May 1 was considered defendant Parthasarathy Sudarshan's motion for transfer from custody at the District of Columbia Jail, where he presently is detained, to custody at the District of Columbia Correctional Treatment Facility (CTF). The Court, after considering that motion and for good cause appearing, hereby GRANTS defendant's motion.

Effective immediately, it is hereby **ORDERED** that defendant Sudarshan be transferred to the Correctional Treatment Facility, where he shall be detained in a single-occupancy cell if one is available.

**SO ORDERED.**

_____
The Honorable Ricardo M. Urbina
United States District Judge

## SERVICE LIST

**Defendant Parthasarathy Sudarshan:**

**Joseph William Clark**
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
(202) 879-3697
Email: jwclark@jonesday.com
**Beattie B. Ashmore**
PRICE, PASCHAL & ASHMORE, P.A.
644 East Washington Street
Greensville, SC 29601
(864) 467-1001
Fax: (864) 242-6560
Email: dlm@sctriallawyers.com

**Defendant Mythili Gopal:**

**Anjali Chaturvedi**
NIXON PEABODY, LLP
401 9th Street, NW
Suite 900
Washington, DC 20004-2128
(202) 585-8000
Fax: (202) 585-8080
Email: achaturvedi@nixonpeabody.com
**Kelly B. Kramer**
NIXON PEABODY LLP
401 Ninth Street, NW
Suite 900
Washington, DC 20004
(202) 626-3900
Fax: (202) 626-3961
Email: kkramer@nixonpeabody.com
**John M. Read**
THE READ LAW FIRM
800 East Washington
Suite M
Greenville, SC 29601
(864) 241-9828
Fax: (864) 241-9818
Email: jack@readlawfirm.com

**Defendant Akn Prasad:** Address Unknown

**Defendant Sampath Sundar:** Address Unknown

**United States of America:**

**Jay I. Bratt**
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530
(202) 353-3602
Fax: (202) 307-6059
Email: jay.bratt@usdoj.gov