UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 07-0051 (RMU) |
| : | |
| PARTHASARATHY SUDARSHAN, : | |
| : | **FILED** |
| Defendant. : | MAY 3 – 2007 |

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration of the defendant's May 1, 2007 oral motion to be transferred from custody at the District of Columbia Jail, where he is presently detained, to custody at the District of Columbia Correctional Treatment Facility ("CTF"), and for good cause shown therein, it is this 3rd day of May 2007, hereby

**ORDERED** that defendant Sudarshan be transferred to CTF.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge