UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. :   Criminal Action No.: 07-0051 (RMU)
:
PARTHASARATHY SUDARSHAN *et al*, :
:
Defendants. :

**ORDER**

It is this 6th day of June 2007,

**FILED**

**JUN 6 - 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDERED** that the status hearing in the above-captioned case scheduled for August 6, 2007 is hereby **VACATED** and **RESCHEDULED** for Monday, August 13, 2007 at 2:00 p.m.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge