UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-051 (RMU) |
| v. | : | |
| PARTHASARATHY SUDARSHAN, and MYTHILI GOPAL, | : | FILED |
| Defendants. | : | JUN 7 - 2007 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

    Before the Court is the government's motion to exclude time from the Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(9) because of the government's request for evidence to the Republic of Singapore. Upon consideration of the government's motion, the Court finds by a preponderance of the evidence that the United States Department of Justice, an authority of the United States having criminal law enforcement responsibility, has made a request to the Attorney General of the Republic of Singapore for evidence relevant to the offenses charged in the indictment in this matter. The Court further finds by a preponderance of the evidence that it reasonably appears that such evidence is in the Republic of Singapore. Accordingly, the Court **GRANTS** the government's motion. The computation of time under the Speedy Trial Act is hereby excluded for up to four (4) months from the date of this Order to permit the government to obtain the evidence that it has requested from the Republic of Singapore.

    It is further **ORDERED** that the government shall immediately inform the Court upon satisfaction by the Republic of Singapore of its request for evidence. Upon such notification, the

tolling of the Speedy Trial Act time shall cease, unless such time is being tolled for some other reason.

ORDERED this ___7th___ day of June, 2007, *nunc pro tunc* to May 1, 2007.

_____
Honorable Ricardo M. Urbina
United States District Judge