## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-051(RMU)** |
| | : | |
| **v.** | : | |
| | : | |
| **PARTHASARATHY SUDARSHAN,** | : | |
| | : | |
| **Defendant.** | : | |

### CONSENT MOTION TO RESCHEDULE STATUS HEARING

Defendant, Parthasarathy Sudarshan, by counsel, pursuant to Fed.R.Crim.P 47(b) and Local Rules 47(b), moves this Court to reschedule the status hearing currently set for Monday, August 13, 2007 at 2:00 p.m. to Thursday, August 30, 2007 at 2:00 p.m.

Counsel for Defendant Sudarshan, Beattie Ashmore, has a jury trial that will commence on August 13, 2007 in the United States District Court for the District of South Carolina and will not be able to attend the scheduled status hearing. Defendant Sudarshan has also retained additional counsel who are not able to attend the August 13, 2007 status hearing. ounsel for Mr. Sudarshan has conferred with the government, all attorneys of record, and recently retained counsel, and has secured consent of each to this motion.

WHEREFORE, Defendant, Parathasarathy Sudarshan, by counsel, hereby requests that the Court enter an Order: (1) vacating the August 13, 2007 status hearing and (2) rescheduling the status hearing for August 30, 2007 at 2:00 p.m.

Respectfully submitted,

_____/S_____
Beattie B. Ashmore, (Admitted Pro Hac Vice)
Price, Ashmore, & Beasley, P.A.
644 East Washington Street
Greenville, South Carolina  29601
(864) 467-1001
bashmore@sctriallawyers.com

_____/S_____
Joseph W. Clark, (DC Bar #468782)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC  20001
(202) 879-3697
jwclark@jonesday.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-051(RMU)** |
| | : | |
| **v.** | : | |
| | : | |
| **PARTHSARATHY SUDARSHAN,** | : | |
| | : | |
| **Defendant.** | : | |

### AGREED ORDER

CAME NOW defendant, Parthasarathy Sudarshan , by counsel, upon its Consent Motion to Reschedule Status Hearing.

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of all counsel of record, it is hereby,

ORDERED that Defendant's Consent Motion to Reschedule Status Hearing is GRANTED, and it is further,

ORDERED that the Order setting the August 13, 2007 Status Hearing is VACATED, and it is further ,

ORDERED that the status hearing shall be RESCHEDULED for Thursday, August 30, 2007 at 2:00 p.m. in Courtroom 30, Annex Building, 6th Floor, before Judge Ricardo M. Urbina.

The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED this _____ day of August, 2007.


_____
United States District Judge