UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 07-0051 (RMU) |
| : | |
| PARTHASARATHY SUDARSHAN et al, : | Document No: 39 |
| : | |
| Defendants. : | |

**FILED AUG 8 - 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT**

## ORDER

Upon consideration of the parties' joint motion to reschedule and for good cause shown therein, it is this 8th day of August, 2007 hereby

**ORDERED** that the parties' joint motion to reschedule is **GRANTED**, and it is

**FURTHER ORDERED** that the status hearing in the above-captioned case scheduled for August 13, 2007 is hereby **VACATED** and **RESCHEDULED** for August 20, 2007 at 2:00 p.m.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge