UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 07-0051 (RMU) |
| | : | |
| PARTHASARATHY SUDARSHAN et al, | : | Document No: 39 |
| | : | |
| Defendants. | : | |

### AMENDED ORDER

FILED
AUG 9 – 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 9th day of August, 2007 hereby

**ORDERED** that the court's previous order granting the parties' joint motion to reschedule is amended to reflect that the status hearing in the above-captioned case scheduled for August 13, 2007 *And August 20* is hereby **VACATED** and **RESCHEDULED** for **Thursday, August 30, 2007** at **2:00 p.m.**

**SO ORDERED**.

_Ricardo M. Urbina_
Ricardo M. Urbina
United States District Judge