NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                        Criminal Number  1:07-cr-00051-RMU

**PARTHASARATHY SUDARSHAN**
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

**Reid H. Weingarten  365893**
(Attorney & Bar ID Number)

Steptoe & Johnson LLP
(Firm Name)

1330 Connecticut Avenue, NW
(Street Address)

Washington, DC   20036-1795
(City)         (State)         (Zip)

202/429-6238 / rweingarten@steptoe.com
(Telephone Number)

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August, 2007, copies of the foregoing Notice of Appearance of Reid H. Weingarten, Notice of Appearance of William T. Hassler, and Notice of Appearance of Robert A. Ayers were served via facsimile, upon the following:

**Joseph William Clark**
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
(202) 879-3697
Email: jwclark@jonesday.com
**Attorney for Parthasarathy Sudarshan**


**Beattie B. Ashmore**
PRICE, PASCHAL & ASHMORE, P.A.
644 East Washington Street
Greensville, SC 29601
(864) 467-1001
Fax: (864) 242-6560
Email: dlm@sctriallawyers.com
**Attorney for Parthasarathy Sudarshan**

**Jay I. Bratt**
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530
(202) 353-3602
Fax: (202) 307-6059
Email: jay.bratt@usdoj.gov
**Attorney for Plaintiff**

Robert A. Ayers (D.C. Bar # 488284)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
(202) 429-3000

Counsel for Parthasarathy Sudarshan