IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-051(RMU) |
| | : | |
| v. | : | |
| | : | |
| PARTHASARATHY SUDARSHAN, | : | |
| | : | |
| Defendant. | : | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Criminal Rule 44.5(d), Joseph William Clark, and the law firm of Jones Day, move for leave to withdraw as counsel for defendant Parthasarathy Sudarshan in the above-captioned case. Mr. Sudarshan consents to the withdrawal of the undersigned counsel and of Jones Day. The undersigned further states that Parthasarathy Sudarshan will continue to be represented by Beattie B. Ashmore of Price, Paschal & Ashmore, P.A. Mr. Sudarshan will also be represented by Reid H. Weingarten and Robert A. Ayers of Steptoe & Johnson LLP, whose appearances have already been entered.

Dated: August 17, 2007

                                              /s/ Joseph W. Clark
Joseph W. Clark, (DC Bar #468782)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
(202) 879-3697
jwclark@jonesday.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-051(RMU) |
| v. | : | |
| PARTHSARATHY SUDARSHAN, | : | |
| Defendant. | : | |

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW

This Court, upon consideration of the Motion for Leave to Withdraw, hereby ORDERS that the request of Joseph W. Clark and the firm of JONES DAY to withdraw as counsel for Parthsarathy Sudarshan is hereby GRANTED.

Dated:_____     _____

United States District Judge