IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 07-051(RMU) |
| v. | : Doc. No.: 44 |
| PARTHSARATHY SUDARSHAN, | : |
| Defendant. | : |

### ORDER GRANTING MOTION TO WITHDRAW

This Court, upon consideration of the Motion for Leave to Withdraw, hereby ORDERS that the request of Joseph W. Clark and the firm of JONES DAY to withdraw as counsel for Parthsarathy Sudarshan is hereby GRANTED.

Dated: 8/22/2007

_____
United States District Judge