UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-051 (RMU)** |
| | : | |
| **v.** | : | |
| | : | |
| **PARTHASARATHY SUDARSHAN,** | : | |
| **MYTHILI GOPAL,** | : | |
| **AKN PRASAD, and** | : | |
| **SAMPATH SUNDAR,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF APPEARANCE

The United States of America, through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Anthony Asuncion is entering his appearance as additional counsel for the United States.

                              Respectfully submitted,

                              JEFFREY A. TAYLOR
                              UNITED STATES ATTORNEY
                              D.C. Bar No. 498610

By:             /s/             
ANTHONY ASUNCION
Assistant United States Attorney
National Security Section
D.C. Bar No.  420822
555 4th St., NW
Room 3840
Washington, DC 20530
202/514-7403
anthony.asuncion@usdoj.gov