UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :
                                :
           v.                   :      Criminal Action No.: 07-0051 (RMU)
                                :
PARTHASARATHY SUDARSHAN et al,  :
                                :
           Defendants.          :

**ORDER**

It is this 30th day of August, 2007 hereby

**FILED**
AUG 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDERED** that a status hearing in the above-captioned case shall take place on _Sept. 18 2007_ at _2:30_.

**SO ORDERED.**

_Ricardo M. Urbina_
Ricardo M. Urbina
United States District Judge