UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

SEP 5 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal Action No.: 07-0051 (RMU) |
| PARTHASARATHY SUDARSHAN, *et al.*, | ) |
| Defendants. | ) |

### ORDER

Upon consideration of Defendant Sudarshan's Motion For Establishment Of Certain Conditions Of Confinement, it is this 5th day of September, 2007, hereby ORDERED that Defendant Sudarshan's motion is GRANTED. It is further ORDERED that Defendant Sudarshan's conditions of confinement are modified as follows:

    A.  Conditions Applicable To Defendant Sudarshan During Legal Visits:

        1.  During legal visits, Defendant Sudarshan shall be allowed to touch and operate a computer to be provided by counsel. Counsel for Defendant shall be responsible for ensuring that any computer that Defendant is allowed to touch is unable to communicate wirelessly.

        2.  During legal visits, Defendant Sudarshan shall be allowed to touch equipment such as compact disks or electronic storage devices necessary for him to obtain access to electronic information produced in this case or to listen to intercepted communications produced by the government in this case. Counsel for Defendant shall be responsible for ensuring that any computer equipment that Defendant is allowed to touch is unable to communicate wirelessly.

B.  Conditions Applicable To Defendant Sudarshan Outside Legal Visits:

During all times other than during legal visits, officials and employees of the CTF responsible for the confinement of Defendant Sudarshan shall:

1.  Store in a place that said officials or employees deem to be secure (1) one laptop computer to be provided by counsel for Defendant; and (2) peripheral devices and connectors needed to review evidence in this case, including electronic evidence stored on compact disk or portable hard drives. Counsel for Defendant shall ensure and certify to officials of the CTF that such laptop and associated peripheral devices are unable to communicate wirelessly.

2.  Allow Defendant Sudarshan to keep with his legal papers storage devices such as compact disks or portable hard drives that contain evidence in this case. Such storage devices shall be subject to the same security rules as legal documents maintained by Defendant in paper format.

3.  Allow Defendant Sudarshan up to thirty (30) hours per week during which time he is allowed to operate the laptop computer described in Section B.1 above. Defendant's use of the laptop during this time shall be limited to work necessary to assist counsel in preparation of Defendant's defense in this matter. Officials and employees of the CTF shall have discretion to determine the precise location or locations within the CTF (such as the facility library or other specific area) that Defendant shall be allowed to operate the laptop computer in question.

SO ORDERED.

RICARDO M. URBINA
United States District Judge

copies to:

Anthony Asuncion
Assistant United States Attorney
National Security Section
Room 3840
555 Fourth Street, NW
Washington, D.C. 20530

Reid H. Weingarten
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795

Anjali Chaturvedi
Nixon Peabody, LLP
401 9th Street, NW
Suite 900
Washington, DC 20004-2128