**FILED**
OCT 2 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 07-0051 (RMU)
:
PARTHASARATHY SUDARSHAN *et al.*, :
:
Defendants. :

### CRIMINAL SCHEDULING ORDER[1]

In order to manage this case in a manner consistent with the highest quality of justice, it is this 2nd day of October 2007,

**ORDERED** that the parties file all:

| | |
|---|---|
| CIPA Motions | on or before October 26, 2007; |
| Oppositions to CIPA motions | on or before November 9, 2007; |
| Pretrial Motions\Notices | on or before November 5, 2007; |
| Oppositions | on or before December 3, 2007; and |
| Replies | on or before December 17, 2007; and it is |

**FURTHER ORDERED** that this case be set for:

| | |
|---|---|
| An interim status conference | on November 26, 2007, at 1:30 p.m.; and |
| A motions hearing | on January 28, 2008, at 10:00 a.m.; and it is |

**ORDERED** that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge

---

[1] Revised January 2005.