FILED

OCT 2 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 07-0051 (RMU)
:
PARTHASARATHY SUDARSHAN *et al.* :
:
Defendants. :

## ORDER

It is this 2nd day of October 2007,

**ORDERED** that the parties file a Joint Pretrial Statement on or before February 18, 2008; and it is

**FURTHER ORDERED** that this case be set for:

| | |
|---|---|
| A pretrial conference | on March 10, 2008, at 1:30 p.m.; |
| Jury selection | on April 11, 2008, at 10:00 a.m.; and |
| Trial | on April 14, 2008 at 10:00 a.m.; |

and it is

**FURTHER ORDERED** that in preparation for the pretrial conference, counsel review the Joint Pretrial Statement exemplar described in the court's Standing Order issued in this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge