UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 07-0051 (RMU) |
| PARTHASARATHY SUDARSHAN, *et al.*, | ) ) ) ) | Motion seeks expedited relief (extension of October 26, 2007 motion deadline) |
| Defendants. | ) ) | |

### DEFENDANT PARTHASARATHY SUDARSHAN'S
### EXPEDITED CONSENT MOTION TO EXTEND OCTOBER 26
### DEADLINE FOR MOTION SEEKING ACCESS TO CLASSIFIED EVIDENCE, AND
### CONSOLIDATED MOTION FOR LEAVE TO FILE OUT OF TIME

Defendant Parthasarathy Sudarshan, through counsel, respectfully requests a five-day extension, from October 26, 2007 to October 31, 2007, of the deadline for filing his motion seeking access to classified evidence, along with a corresponding extension of the government's time to respond. The government and counsel for co-defendant Mythili Gopal have given their consent to the extension.

The reasons warranting the extension, and for submitting this request on an expedited basis less than four days before the deadline to be extended,[1] are as follows:

1.      William Hassler, who shares lead responsibility for the case with his co-counsel Reid Weingarten, and who is principally responsible for the case's pretrial preparation, has had to spend a significant part of the past two weeks out of town responding to an emergency medical situation in his family.

---

[1] *See* ¶ 4 of this Court's Standing Order in Criminal Cases.

- 2 -

2. On Sunday, October 14, 2007, Mr. Hassler received a telephone call informing him that his father, who resides in North Carolina, had been taken to the emergency room. Mr. Hassler's father, who is 90 years old, suffers from a form of cancer that cannot be cured.

3. Mr. Hassler left Washington within the hour to be with his father in the hospital in North Carolina.

4. During the week of October 15, Mr. Hassler's father underwent two different surgical procedures. Mr. Hassler was with him in the hospital every day until he was able to return home.

5. Mr. Hassler then remained at his father's home in North Carolina to assist in his care until Sunday October 21, when Mr. Hassler returned to Washington.

6. On Monday, October 22, Mr. Hassler discussed with counsel for the government a possible extension of the current filing date of October 26 for motions relating to classification issues, and formally requested an extension the following day (Tuesday, October 23). The government provided its consent the same day (October 23).

7. Mr. Hassler attempted to reach counsel for co-defendant Mythili Gopal the following day (October 24), but was unable to do so. On Thursday, October 25, Mr. Hassler spoke by telephone with Ms. Gopal's counsel, and obtained Ms. Gopal's consent to this extension.

No previous extensions have been requested or granted in this case. A grant of the requested 5-day extension would necessitate a corresponding extension of the government's time to reply, but would not affect any other deadlines in the case.

- 3 -

For the foregoing reasons, we respectfully request that the Court grant leave to file this expedited consent motion out of time, and that the Court grant the requested extension on an expedited basis.  A proposed order is attached.

               Respectfully submitted,

/s/  William T. Hassler
Reid H. Weingarten (D.C. Bar #365893)
William T. Hassler (D.C. Bar #366916)
Robert A. Ayers (D.C. Bar # 488284)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036-1795
(202) 429-3000

*Counsel for Defendant Parthasarathy Sudarshan*

Submitted: October 25, 2007

**Points and Authorities:**  Local Cr. R. 47; this Court's Standing Order in Criminal Cases; this Court's inherent authority to control its schedule and docket.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| ) | | |
| v. ) | Criminal No. 07-0051 (RMU) | |
| ) | | |
| PARTHASARATHY SUDARSHAN, ) | Motion seeks expedited relief | |
| *et al.*, ) | (extension of October 26, 2007 | |
| ) | motion deadline) | |
| Defendants. ) | | |

**ORDER**

For the reasons set forth in Defendant Parthasarathy Sudarshan's Expedited Consent Motion to Extend the October 26 Deadline for Motion Seeking Access to Classified Evidence, and Consolidated Motion for Leave to File Out of Time, and in light of the consent given by the government and Defendant Mythili Gopal to the requested extension,

It is HEREBY ORDERED that:

1.  Defendant Sudarshan's Motion For Leave to File Out of Time is GRANTED;

2.  Defendant Sudarshan's Expedited Consent Motion to Extend the October 26 Deadline is GRANTED;

3.  Defendant Sudarshan shall have until October 31, 2007, to file his motion seeking access to classified evidence;

4.  The government's time to respond to said motion is extended until November 14, 2007.

_____
The Hon. Ricardo M. Urbina
United States District Judge

Dated: _____
Washington, D.C.

- 2 -

Copies to:

Jay I. Bratt
Assistant United States Attorney
National Security Section
Room 11-437
555 Fourth Street, NW
Washington, D.C. 20530
*Counsel for the United States*

Anjali Chaturvedi
NIXON PEABODY, LLP
401 9th Street, NW
Suite 900
Washington, DC 20004-2128
*Counsel for Defendant Mythili Gopal*

William T. Hassler
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
(202) 429-3000
*Counsel for Defendant Parthasarathy Sudarshan*