UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 07-0051 (RMU) |
| PARTHASARATHY SUDARSHAN, *et al.*, | ) ) ) ) | Motion seeks expedited relief (extension of November 5, 2007 motions deadline) |
| Defendants. | ) ) | |

**DEFENDANT PARTHASARATHY SUDARSHAN'S
EXPEDITED CONSENT MOTION TO EXTEND NOVEMBER 5
DEADLINE FOR PRETRIAL MOTIONS, AND CONSOLIDATED
MOTION FOR LEAVE TO FILE OUT OF TIME**

Defendant Parthasarathy Sudarshan, through counsel, respectfully requests a two-week extension, from November 5, 2007 to November 19, 2007, of the deadline for filing pretrial motions, along with a corresponding extension of the parties' time to respond and to reply.[1]  The government has given its consent to the extension.

The reasons warranting the extension, and for submitting this request on an expedited basis less than four days before the deadline to be extended,[2] are as follows:

1. Counsel for Mr. Sudarshan are currently preparing several pretrial motions and were prepared to meet the November 5, 2007 motions deadline set by the Court.

2. On October 31, 2007, the Grand Jury sitting in the District Of Columbia returned a Superseding Indictment of Mr. Sudarshan and co-Defendants Akn Prasad and Sampath Sundar.

---

[1] The date currently set for replies is December 17, 2007.  A two-week extension of that date would make replies due on December 31, 2007.  Given the proximity of that date to the Holiday Season, Mr. Sudarshan respectfully requests that the Court grant the parties four additional days to file replies, on January 4, 2008.  The government has consented to this additional extension.

[2] *See* ¶ 4 of this Court's Standing Order in Criminal Cases.

3.  The allegations in the Superseding Indictment with respect to Counts Ten through Twelve are materially different than those in initial Indictment.

4.  Defense counsel require additional time to address the new allegations in the Superseding Indictment and prepare revised pretrial motions accordingly.

5.  On Tuesday, October 30, counsel for the government informed Mr. Hassler that it expected the Grand Jury to return a Superseding Indictment the following day (October 31). In response, Mr. Hassler discussed with counsel for the government a possible extension of the current filing date of November 5 for pretrial motions, and formally requested an extension on Thursday, November 1. The government provided its consent the same day (November 1).

The Defendant has sought and received one previous extension due to a family medical emergency of counsel. The current extension is sought to respond to the material amendment of the Indictment by the Grand Jury. A grant of the requested two-week extension would necessitate a corresponding extension of the parties' time to respond to pretrial motions and to reply, but would not affect any other deadlines in the case.

For the foregoing reasons, we respectfully request that the Court grant leave to file this expedited consent motion out of time, and that the Court grant the requested extension on an expedited basis. A proposed order is attached.

Respectfully submitted,

/s/  William T. Hassler
Reid H. Weingarten (D.C. Bar #365893)
William T. Hassler (D.C. Bar #366916)
Robert A. Ayers (D.C. Bar # 488284)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036-1795
(202) 429-3000

*Counsel for Defendant Parthasarathy Sudarshan*

Submitted: November 1, 2007

**Points and Authorities:** Local Cr. R. 47; this Court's Standing Order in Criminal Cases; this Court's inherent authority to control its schedule and docket.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 07-0051 (RMU) |
| PARTHASARATHY SUDARSHAN, *et al.*, | ) ) ) | Motion seeks expedited relief (extension of November 5, 2007 motion deadline) |
| Defendants. | ) ) | |

## ORDER

For the reasons set forth in Defendant Parthasarathy Sudarshan's Expedited Consent Motion to Extend the November 5 Deadline for PreTrial Motions, and Consolidated Motion for Leave to File Out of Time, and in light of the consent given by the government to the requested extension,

It is HEREBY ORDERED that:

1. Defendant Sudarshan's Motion For Leave to File Out of Time is GRANTED;

2. Defendant Sudarshan's Expedited Consent Motion to Extend the November 5 Deadline is GRANTED;

3. The parties shall have until November 19, 2007, to file pretrial motions;

4. The parties' time to respond to said motions is extended until December 17, 2007; and

5. The parties' time to reply to said responses is extended until January 4, 2008.

_____
The Hon. Ricardo M. Urbina
United States District Judge

Dated: _____
Washington, D.C.

- 2 -

Copies to:

Jay I. Bratt
Assistant United States Attorney
National Security Section
Room 11-437
555 Fourth Street, NW
Washington, D.C. 20530
*Counsel for the United States*


William T. Hassler
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
(202) 429-3000
*Counsel for Defendant Parthasarathy Sudarshan*