**FILED**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

OCT **2 5** 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 07-0051 (RMU)** |
| | ) | |
| **PARTHASARATHY SUDARSHAN,** | ) | **Motion seeks expedited relief** |
| *et al.,* | ) | **(extension of October 26, 2007** |
| | ) | **motion deadline)** |
| **Defendants.** | ) | |
| | ) | |

**ORDER**

For the reasons set forth in Defendant Parthasarathy Sudarshan's Expedited Consent

Motion to Extend the October 26 Deadline for Motion Seeking Access to Classified Evidence,

and Consolidated Motion for Leave to File Out of Time, and in light of the consent given by the

government and Defendant Mythili Gopal to the requested extension,

It is HEREBY ORDERED that:

1.    Defendant Sudarshan's Motion For Leave to File Out of Time is GRANTED;

2.    Defendant Sudarshan's Expedited Consent Motion to Extend the October 26

Deadline is GRANTED;

3.    Defendant Sudarshan shall have until October 31, 2007, to file his motion seeking

access to classified evidence;

4.    The government's time to respond to said motion is extended until November 14,

2007.

The Hon. Ricardo M. Urbina
United States District Judge

Dated: 10/25/2007
Washington, D.C.

Copies to:

Jay I. Bratt
Assistant United States Attorney
National Security Section
Room 11-437
555 Fourth Street, NW
Washington, D.C.  20530
*Counsel for the United States*

Anjali Chaturvedi
NIXON PEABODY, LLP
401 9th Street, NW
Suite 900
Washington, DC  20004-2128
*Counsel for Defendant Mythili Gopal*

William T. Hassler
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036-1795
(202) 429-3000
*Counsel for Defendant Parthasarathy Sudarshan*