**FILED**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NOV 2 – 2007

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | : | | ɴANCY MAYER WHITTINGTON, **CLERK** U.S. DISTRICT COURT |
| | : | | |
| v. | : | Criminal Action No.: | 07-0051 (RMU) |
| | : | | |
| PARTHASARATHY SUDARSHAN, *et al.* | : | Document No.: | 58 |
| | : | | |
| Defendant. | : | | |

## C R I M I N A L   S C H E D U L I N G   O R D E R[1]

Upon consideration of the defendant's consent motion to extend the briefing schedule and motion for leave to file out of time, and for good cause shown therein, it is this 2nd day of November, 2007 hereby

**ORDERED** that the defendant's motion to file out of time is **GRANTED**; and it is

**FURTHER ORDERED** that the defendant's consent motion is **GRANTED**; and it is

**ORDERED** that the parties file all:

| | |
|---|---|
| Pretrial Motions\Notices | on or before November 15, 2007; |
| Oppositions | on or before December 13, 2007; and |
| Replies | on or before December 27, 2007. |

**SO ORDERED**.

Ricardo M. Urbina
United States District Judge

---

[1] Revised January 2005.