**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-051-01 (RMU)** |
| | : | |
| **v.** | : | |
| | : | |
| **PARTHASARATHY SUDARSHAN,** | : | |
| | : | |
| **Defendant.** | : | |

**AGREED MOTION FOR EXTENSION OF TIME**

The United States respectfully submits this Agreed Motion for Extension of Time for the government's opposition to Defendant's Motion for Access to Classified Intercepts, from November 14, 2007, to November 28, 2007. The government has not filed any previous motions for extensions.

The government respectfully asserts that good cause exists for the extension because the parties have been engaged in discovery negotiations which could result in the parties not having to litigate the issue of whether all of the classified intercepts of the defendant should be declassified or otherwise made available to defendant. To that end, the parties have been discussing implementation of a discovery plan by which the defense could ask for production of specific items of classified intercepts by categories by which the government would be able to search for and produce specific intercepts or groups of intercepts. The government would then seek to have the intercepts declassified and produced to the defense as unclassified discovery materials.

The government is asking for the extension of time so that the defense can respond to the government's request that it identify the categories of calls it seeks to have declassified and to

give the government a chance, in turn, to respond to the defense upon whether the identified calls can be declassified. It is anticipated by the parties that the defense would be able to ask that additional items be declassified at a later date.

A grant of the proposed extension would necessitate a corresponding extension of the defense to reply to the government's opposition. The government requests that the defendant's reply be due on December 3, 2007.

For the foregoing reasons, the government respectfully requests that the Court grant this request for an extension of time. The defense has seen a copy of this motion and the proposed order and agrees. A proposed order is attached.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

/s/
Jay I. Bratt
Assistant United States Attorney
Illinois Bar No. 6187361
National Security Section
Room 11-437
555 4th Street, NW
Washington, D.C. 20530
(202) 353-3602
jay.bratt@usdoj.gov

/s/
Anthony Asuncion
Assistant United States Attorney
National Security Section
D.C. Bar No. 420822
555 4th Street, NW

Room 3840
Washington, D.C. 20530
anthony.asuncion@usdoj.gov

/s/

Clifford I. Rones
Senior Trial Attorney
Counterespionage Section
U.S. Department of Justice
Md. Bar No. 8506010284
1400 New York Avenue, NW
Washington, D.C. 20530
clifford.rones@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Jay I. Bratt, certify that I served a copy of the foregoing Agreed Motion for Extension of Time by ECF on counsel of record for defendant Parthasarathy Sudarshan this 9th day of November, 2007.

/s/
Jay I. Bratt

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-051-01 (RMU)** |
| | : | |
| **v.** | : | |
| | : | |
| **PARTHASARATHY SUDARSHAN,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

For the reasons set forth in the Agreed Motion for Extension of Time filed by the government and in light of the consent given by the defendant to the requested extension:

It is hereby ORDERED that:

1. The Agreed Motion for Extension of Time is GRANTED;

2. The government's time to file an opposition to Defendant's Motion for Access to Classified Intercepts is extended to November 14, 2007;

3. The defendant's time to reply to the government's opposition is extended to December 3, 2007.

**DONE AND ORDERED** this _____ day of November, 2007.

___________________________________
Honorable Ricardo M. Urbina
United States District Judge

Copies to:

AUSA Jay I. Bratt
William T. Hassler, Esq.
Reid H. Weingarten, Esq.