UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-051-01 (RMU) |
| v. | : | |
| PARTHASARATHY SUDARSHAN, | : | FILED |
| Defendant. | : | NOV 1 4 2007 |

ORDER

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

For the reasons set forth in the Agreed Motion for Extension of Time filed by the government and in light of the consent given by the defendant to the requested extension:

It is hereby ORDERED that:

1. The Corrected Agreed Motion for Extension of Time is GRANTED;

2. The government's time to file an opposition to Defendant's Motion for Access to Classified Intercepts is extended to November 21, 2007;

3. The defendant's time to reply to the government's opposition is extended to December 3, 2007.

DONE AND ORDERED this 14th day of November, 2007.

_____
Honorable Ricardo M. Urbina
United States District Judge

Copies to:

AUSA Jay I. Bratt
William T. Hassler, Esq.
Reid H. Weingarten, Esq.