UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-051-01 (RMU) |
| | : | |
| v. | : | |
| | : | |
| PARTHASARATHY SUDARSHAN | : | |
| | : | |
| Defendant | : | |

**GOVERNMENT'S AGREED MOTION TO EXTEND DEADLINE FOR RESPONSE TO DEFENDANT'S MOTION FOR ACCESS TO CLASSIFIED INTERCEPTS AND MOTION FOR LEAVE TO FILE OUT OF TIME**

The United States respectfully requests a two-week extension, from November 21, 2007, to December 4, 2007, for the government to file its opposition to Defendant's Motion for Access to Classified Intercepts. The government has filed one previous motion for an extension of this deadline and because of the circumstances, respectfully submits that good cause exists for the government to file this notice on an expedited basis less than four days before the deadline to be extended.

As noted in the government's previous request for a one week extension of the deadline, the parties have been engaged in discovery negotiations which could result in the parties not having to litigate whether all of the classified intercepts should be made available to the defendant. Specifically, the government has informed the defendant, through counsel, that it can search the classified communications for specific communications made between specific telephone numbers on specific dates. The government would then seek to have any discoverable intercepts declassified and produced to the defendant as unclassified discovery. The government has informed the defendant that it can conduct such a search within one day of receiving a request and that the intercepts so identified can be declassified and provided in discovery within

a brief period of time.

The government requested at the time that it filed its first motion for a continuance on November 9, 2007, – and renewed the request by email to counsel on November 14, 2007, – that counsel for defendant provide it with categories from which to conduct a search of the classified database. To date, the defendant has not provided the requested information, but has informed the government that counsel is currently compiling such information. Because the parties still are in agreement that negotiating discovery is preferable to litigating the issue presented by defendant's motion, the government is submitting this expedited request for an extension to give the parties sufficient time, taking into account the Thanksgiving holiday, to determine whether discovery of relevant intercepts can be provided.

A grant of the proposed extension would necessitate a corresponding extension of the defendant's time to reply to the government's opposition. The government requests that the defendant's reply be due on December 17, 2007.

For the foregoing reasons, the government respectfully requests that the Court grant leave to file this agreed motion out of time, and that the court grant the requested extension on an expedited basis. The defense has seen a copy of this motion and the proposed order and agrees. A proposed order is attached.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____/s/_____
Jay I. Bratt
Assistant United States Attorney
Illinois Bar No. 6187361
National Security Section
Room 11-437
555 4th Street, NW
Washington, D.C.  20530
(202) 353-3602
jay.bratt@usdoj.gov


_____/s/_____
Anthony Asuncion
Assistant United States Attorney
National Security Section
D.C. Bar No. 420822
555 4th Street, NW
Room 3840
Washington, D.C.  20530
anthony.asuncion@usdoj.gov


_____/s/_____
Clifford I. Rones
Senior Trial Attorney
Counterespionage Section
U.S. Department of Justice
Md. Bar No. 8506010284
1400 New York Avenue, NW
Washington, D.C. 20530
clifford.rones@usdoj.gov

## CERTIFICATE OF SERVICE

I, Jay I. Bratt, certify that I served a copy of the foregoing Agreed Motion for Extension of Time by ECF on counsel of record for defendant Parthasarathy Sudarshan this 20th day of November, 2007.

_____/s/_____
Jay I. Bratt

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 07-051-01 (RMU) |
| v. | : |
| PARTHASARATHY SUDARSHAN | : |
| Defendant | : |

**ORDER**

For the reasons set forth in the Agreed Motion to Extend Deadline for Response to Defendant's Motion for Access to Classified Intercepts and Motion for Leave to File Out of Time filed by the government and in light of the consent given by the defendant to the requested extension:

It is hereby ORDERED that:

1. The Agreed Motion to Extend Deadline is GRANTED;

2. The government's time to file an opposition to Defendant's Motion for Access to Classified Intercepts is extended to December 3, 2007;

3. The defendant's time to reply to the government's opposition is extended to December 17, 2007.

**DONE AND ORDERED** this _____ day of November, 2007.

_____
Honorable Ricardo M. Urbina
United States District Judge

Copies to:
AUSA Jay I. Bratt
William T. Hassler, Esq.
Reid H. Weingarten, Esq.