UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 07-051-01 (RMU) |
| v. | FILED |
| PARTHASARATHY SUDARSHAN | NOV 26 2007 |
| Defendant | NANCY MAYER WHITTINGTON, CLERK U.S DISTRICT COURT |

### ORDER

For the reasons set forth in the Agreed Motion to Extend Deadline for Response to Defendant's Motion for Access to Classified Intercepts and Motion for Leave to File Out of Time filed by the government and in light of the consent given by the defendant to the requested extension:

It is hereby ORDERED that:

1. The Agreed Motion to Extend Deadline is GRANTED;

2. The government's time to file an opposition to Defendant's Motion for Access to Classified Intercepts is extended to December 3, 2007;

3. The defendant's time to reply to the government's opposition is extended to December 17, 2007.

**DONE AND ORDERED** this 20th day of November, 2007.

_____
Honorable Ricardo M. Urbina
United States District Judge

Copies to:
AUSA Jay I. Bratt
William T. Hassler, Esq.
Reid H. Weingarten, Esq.