UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 07-051-01 (RMU) |
| v. : | |
| PARTHASARATHY SUDARSHAN : | |
| Defendant : | |

**STIPULATED MOTION REGARDING CLASSIFIED DISCOVERY**

During the November 26, 2008, status conference before this honorable court, the parties informed the court that they were attempting to work to implement a process regarding discovery of the electronic intercepts which remain classified at this time. The parties wish to report the following:

1. The electronic intercepts of a large volume of calls have been loaded onto six compact disks (CDs).

2. On November 21, 2007, the defendant provided the government with a list of ninety (90) telephone numbers to search for potentially relevant conversations. The government was able to reduce the numbers to be searched because of duplication and undertook to perform the search forthwith.

3. The task of searching the CDs for specific telephone conversations took longer than originally expected because adjustments had to be made in the search to ensure that the maximum number of calls would be identified. For instance, if the prefix 1 + was used, the number would have to be searched with and without the prefix. International calls were also searched with and without the "011" prefix.

4. The parties have been informed that a search of two (2) out of the six (6) CDs has been completed.

5. Approximately fifty (50) telephone calls identified from the first CD are being collected and forwarded to the Federal Bureau of Investigation for declassification. It is anticipated that barring any unforeseen national security implications, the intercepted calls will be declassified and provided to the defendant on an unclassified CD. This process will be repeated for calls collected on the remaining CDs.

Rather than asking for repeated continuances, the parties have agreed to ask the court to hold the defendant's motion asking for release of classified information to the defendant in abeyance pending completion of the search of currently classified intercepts and the provision of unclassified intercepts to the defendant, and the reporting of the same to the court at the next hearing in this case, currently scheduled to take place on January 28, 2008. At that time, it is expected that the parties will be able to report to the court that all relevant intercepts have been identified and provided to the defendant in unclassified form.

Although the parties have agreed upon a discovery plan, in the event that the plan does not provide a satisfactory resolution of the outstanding issue regarding classified discovery, either party may ask the court, at any time, to reinstate the briefing schedule, giving the government two weeks to submit a response to defendant's motion, and the defendant two weeks to reply to the government's response. It is not anticipated that this will be necessary.

A proposed order is attached.

Respectfully submitted,

/s/ William T. Hassler
Reid H. Weingarten (D.C. Bar. #365893)
William T. Hassler (D.C. Bar #366916)
Robert A. Ayers (D.C. Bar #488284)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
(202) 429-3000

Counsel for Defendant
Parthasarathy Sudarshan

JEFFREY A. TAYLOR
United States Attorney

/s/
Jay I. Bratt
Assistant United States Attorney
Illinois Bar No. 6187361
National Security Section
Room 11-437
555 4th Street, NW
Washington, D.C. 20530
(202) 353-3602
jay.bratt@usdoj.gov

/s/
Anthony Asuncion
Assistant United States Attorney
National Security Section
D.C. Bar No. 420822
555 4th Street, NW
Room 3840
Washington, D.C. 20530
anthony.asuncion@usdoj.gov

/s/
Clifford I. Rones
Senior Trial Attorney
Counterespionage Section
U.S. Department of Justice
Md. Bar No. 8506010284
1400 New York Avenue, NW
Washington, D.C. 20530
clifford.rones@usdoj.gov

## CERTIFICATE OF SERVICE

I, Clifford I. Rones, certify that I served a copy of the foregoing Stipulated Motion Regarding Classified Discovery by ECF on counsel of record for defendant Parthasarathy Sudarshan this 30[h] day of November, 2007.

_____/s/_____
Clifford I. Rones

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 07-051-01 (RMU) |
| v. : | |
| PARTHASARATHY SUDARSHAN : | |
| Defendant : | |

ORDER

For the reasons set forth in the Stipulated Motion Regarding Classified Discovery filed by the parties and in light of the discussion which took place in court on November 26, 2007, regarding discovery:

It is hereby ORDERED that:

1. That the Stipulated Motion Regarding Classified Discovery is hereby GRANTED;

2. The Defendant's Motion for Access to Classified Intercepts is hereby held in abeyance;

3. The December 3, 2007, deadline for the government to respond to Defendant's Motion is hereby VACATED;

4. The parties will report to the Court at the next scheduled hearing regarding the status of classified discovery.

**DONE AND ORDERED** this _____ day of December, 2007.

_____
Honorable Ricardo M. Urbina
United States District Judge