**FILED**

DEC 3 2007

NANCY MAYER WHITTINGTON, CLERK
U S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-051-01 (RMU) |
| | : | |
| v. | : | |
| | : | |
| PARTHASARATHY SUDARSHAN | : | |
| | : | |
| Defendant | : | |

## ORDER

For the reasons set forth in the Stipulated Motion Regarding Classified Discovery filed by the parties and in light of the discussion which took place in court on November 26, 2007, regarding discovery:

It is hereby ORDERED that:

1. That the Stipulated Motion Regarding Classified Discovery is hereby GRANTED;

2. The Defendant's Motion for Access to Classified Intercepts is hereby held in abeyance;

3. The December 3, 2007, deadline for the government to respond to Defendant's Motion is hereby VACATED;

4. The parties will report to the Court at the next scheduled hearing regarding the status of classified discovery.

DONE AND ORDERED this 3rd day of December, 2007.

_____
Honorable Ricardo M. Urbina
United States District Judge