UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Action No.: 07-0051 (RMU) |
| PARTHASARATHY SUDARSHAN *et al.*, | : | Document No.: 73 |
| Defendants. | : | |

**FILED**

FEB 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>**ORDER**</u>

Upon consideration of the defendant's consent motion to postpone the February 15, 2008 status hearing and for good cause shown therein, it is hereby

**ORDERED** that the defendant's consent motion is **GRANTED**; and it is

**FURTHER ORDERED** that the status hearing in the above-captioned case originally scheduled for February 15, 2008 is **RESCHEDULED** for Monday, February 25, 2008 at 3:00 p.m.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge