UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :
                                 :
        v.                       :   Criminal Action No.: 07-0051 (RMU)
                                 :
PARTHASARATHY SUDARSHAN *et al.*,:
                                 :
        Defendants.              :

**ORDER**

It is this 25th day of February, 2008 hereby

**ORDERED** that the plea hearing in the above-captioned case originally scheduled for February 25, 2008 is **RESCHEDULED** for Thursday, March 13, 2008 at 2:00 p.m.

**SO ORDERED**.

FILED
FEB 2 5 2008
Clerk, U.S. District and
Bankruptcy Courts

_____
Ricardo M. Urbina
United States District Judge